UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kamolporn Lummayos, *individually and as parent and natural guardian of R.L.*, Jhoana Juca, *individually and as parent and natural guardian of K.A.*, Maria Navarro-Carrillo, *individually and as parent and natural guardian of M.G.*, Marina Burgos Parra, *individually and as parent and natural guardian of C.P.*, Cynthia Ramos, *individually and as parent and natural guardian of W.R.*, *and* Rosa Zayas, *individually and as parent and natural guardian of R.Z.*,

Plaintiffs,

*-against-*

David C. Banks, *in his official capacity as Chancellor of the New York City Department of Education*, *and* New York City Department of Education,

Defendants.

**ORDER**

23-CV-10182 (ER)

RAMOS, D.J.:

Kamolporn Lummayos, individually and as parent and natural guardian of R.L.; Jhoana Juca, individually and as parent and natural guardian of K.A.; Maria Navarro-Carrillo, individually and as parent and natural guardian of M.G.; Marina Burgos Parra, individually and as parent and natural guardian of C.P.; Cynthia Ramos, individually and as parent and natural guardian of W.R.; and Rosa Zayas, individually and as parent and natural guardian of R.Z. (together, "Plaintiffs"), filed this action on November 20, 2023. Doc. 1. The case was assigned to Judge Cronan as possibly related to another case, *Lummayos et al v. Banks et al*, No. 23 Civ. 5802. Doc. 8; Docket entry dated November 21, 2023. On November 22, 2023, Plaintiffs filed an *ex parte* proposed order to show cause with emergency relief to order the New York City Department of Education to

immediately fund the cost of Plaintiffs' attendance at the International Academy for the Brain ("iBRAIN"). Judge Marrero, acting in his Part One capacity, denied the request. Doc. 15. The case was subsequently declined as not related to *Lummayos et al v. Banks et al*, No. 23 Civ. 5802, and reassigned to the undersigned. Docket entries dated November 27, 2023.

Subsequently, the Court held a hearing on December 12, 2023 regarding the motion for a preliminary injunction to fund the Plaintiffs' attendance at iBRAIN. Doc. 27. The Court held another conference on April 17, 2024 during which the parties were directed to continue to meet and confer. Docket entry dated April 17, 2024. Since then, there has not been any activity in this case. The parties are therefore directed to file a status update by October 27, 2026, that includes their position on the propriety of closing this case.

It is SO ORDERED.

Dated: October 20, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.